Plaintiff's Counsel:
Jayne Conroy
Hanly Conroy Bierstein Sheridan
    Fisher & Hayes LLP
112 Madison Avenue
New York New York 10016-7416
(212) 784-6400
(212) 284-6420 (fax)

-and-

SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, IL 62024
(618) 259-2222
(212) 259-2251 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Lucy Goldstrand, vs. Pfizer, Inc.,.*<br>*MDL No. 06-5899:* Plaintiff Lucy Goldstrand | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Lucy Goldstrand, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

- 1 -

1  stipulate to the dismissal with prejudice of Plaintiffs, **Lucy Goldstrand's** action only, with each
2  side bearing its own attorneys' fees and costs.

6  Dated: _____, 2009        By: _____
                                     Jayne Conroy
7                                    **HANLY CONROY BIERSTEIN**
                                     **SHERIDAN FISHER & HAYES LLP**
8                                    112 Madison Avenue
                                     New York, New York  10016-7416
9                                    (212) 784-6400
                                     (212) 784-6420 (Fax)
10                                   Email: jconroy@hanlyconroy.com

11                                   -and-

12                                   **SIMMONSCOOPER LLC**
                                     707 Berkshire Blvd.
13                                   East Alton, IL  62024
                                     (618) 259-2222
14                                   (618) 259-2251 (Fax)

15                                   *Counsel for Plaintiff.*

18  Dated: _____March 11____, 2009    By: _____
                                     Michelle W. Sadowsky
19                                   **DLA PIPER US LLP**
                                     1251 Avenue of the Americas
20                                   New York, New York  10020-1104
                                     (212) 335-4625
21                                   (212) 884-8675 (Fax)

22                                   *Counsel for Defendant Pfizer, Inc.*

23  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
24  **IT IS SO ORDERED.**

26  Dated: _____MAR 3 0   2009        By: _____
                                     United States District Court

STIPULATION OF DISMISSAL WITH PREJUDICE